IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:13-CR-17-DCB-FKB

BRUCE BARLOW

ORDER

It has come to the attention of the Court that the defendant, Bruce Barlow, did not voluntarily surrender to the Bureau of Prisons on Monday, July 21, 2014.  Honorable Mike Hurst on behalf of the United States and Honorable Judy Barnett on behalf of the defendant, Bruce Barlow, contacted the court explaining that the defendant was ordered to voluntarily surrender on July 21, 2014, but that a restitution hearing is scheduled for Wednesday, July 30, 2014, and it is desirable that Mr. Barlow be present.  Following this discussion, no Order was issued by the Court.  This apparent oversight is hereby acknowledged and it is hereby ORDERED and ADJUDGED that Bruce Barlow voluntarily surrender on August 6, 2014 by 12 noon to the designated facility.

FURTHER ORDERED, that the Clerk of Court issue a certified copy of this Order to the U. S. Marshal.

SO ORDERED and ADJUDGED, this the 25th day of July, 2014.

s/David Bramlette
DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE