```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

UNITED STATES OF AMERICA

vs.                                CRIMINAL NO. 3:13-CR-17-DCB-FKB

BRUCE BARLOW

<u>ORDER</u>

BEFORE THE COURT is defense counsel's Motion to Disgorge File. **[docket entry 66]**. A hearing on restitution was held on July 30, 2014 wherein all issues were resolved.

IT IS HEREBY ORDERED defense counsel's Motion to Disgorge File **[docket entry 66]** is DENIED as MOOT.

SO ORDERED this the <u> 4th</u> day of August, 2014.

                                   s/ David Bramlette
                              UNITED STATES DISTRICT JUDGE